**No. 47670.**—Protests 65283–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188), the claim at 35 percent under paragraph 353 was sustained.